UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BARRY HIGGINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENOBSCOT COUNTY SHERIFF'S )<br>DEPARTMENT, et al., )<br>)<br>Defendants. ) | Civil No. 04-157-B-W |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 2, 2005 her Recommended Decision (Docket No. 38). The Plaintiff filed his objection to the Recommended Decision on June 9, 2005 and the Defendants filed their response to those objections on June 27, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision (Docket No. 38) of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Plaintiff's Motion for Partial Summary Judgment (Docket No. 14) is DENIED.

                                          /s/ John A. Woodcock, Jr.
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2005